IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01831-NRN

CHARAN SINGH,

     Petitioner,

v.

MARKWAYNE MULLIN, Secretary of U.S. Department of Homeland Security;
TODD BLANCHE, United States Attorney General;
TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcements;
KELEI WALKER, Acting Denver Field Office Director, Immigration and Customs Enforcement;
Warden, Denver Contract Detention Facility,

     Respondents.

---

## ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. ECF No. 1. Having reviewed the Petition, the Court ORDERS Petitioner to, no later than May 7, 2026, (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, by e-mail and by overnight mail, and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance. Within three calendar days of service, Respondents are ORDERED TO RESPOND to the Petition and are ORDERED TO SHOW CAUSE as to why the Petition should not be granted.

Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and in order to preserve the Court's jurisdiction, Respondents SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See also Vizguerra-Ramirez v. Choate*, et. al, Case No. 1:25-cv-881, D. Colo., ECF No. 11 at 45 (collecting cases); *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603 (1966); *Local 1814, Int'l Longshoremen's Ass'n v. New York Shipping Ass'n*, 965 F.2d 1224, 1237 (2d Cir. 1992).

It is further ORDERED that within three calendar days of service, the parties shall complete and file the Consent/Non-Consent Form (ECF No. 3) indicating either the unanimous consent of the parties or that consent has been declined.

Date: May 1, 2026 _____